FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 11:27 am, Jan 08, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO: 2:25cr-2 |
| | ) | |
| v. | ) | 18 U.S.C. § 242 |
| | ) | Deprivation of Rights Under Color of Law |
| RYAN ROBERT BIEGEL | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Deprivation of Rights Under Color of Law*
18 U.S.C. § 242

On or about September 3, 2022, in the Southern District of Georgia the defendant, **RYAN ROBERT BIEGEL,** while acting under color of law as a Deputy Sheriff and Jail Corporal with the Camden County Sheriff's Office, willfully deprived J.H., a pretrial detainee, of the right, secured and protected by the Constitution and laws of the United States, to be free from deprivation of liberty without due process of law, which includes the right to be free from a law enforcement officer's use of unreasonable force while being held in pretrial detention. Specifically, RYAN ROBERT BIEGEL repeatedly punched and struck J.H. in the head and body, without lawful justification. The offense resulted in bodily injury to J.H.

All of which is a violation of Title 18, United States Code, Section 242.

_____
Jill E. Steinberg
United States Attorney

_____
Jennifer J. Kirkland
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_____
Alec C. Ward
Trial Attorney, Civil Rights Division
*Co-lead Counsel